RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE __9__/__7__/__11__
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JACQUES PIERRE,                          CIVIL ACTION 1:11-CV-00404
      Petitioner

VERSUS                                   JUDGE DEE D. DRELL

DAVID COLES, et al.,
      Respondents                   MAGISTRATE JUDGE JAMES D. KIRK


### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Pierre's Section 2241 habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 7th day of September, 2011.

                    DEE D. DRELL
          UNITED STATES DISTRICT JUDGE